UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | EP-22-CV-00420-DCG |
| **TURNING POINT USA, INC.**, | § | |
| *an Indiana non-profit/charitable* | § | |
| *corporation*, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties to the above-captioned case report that they've "reached a confidential settlement that fully resolves this matter." Stipulation, ECF No. 12. They therefore jointly stipulate to dismiss the case with prejudice. *Id.*

The Court accordingly **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear its own costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 28th day of April 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE